The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 04-549 JLR |
| v. | |
| | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| LONG VAN NGUYEN, *et al.*<br>MAJOR SINGH DHANOA, and<br>RASHPAL SINGH SANDHU. | |
| Defendants. | |

## O R D E R

THIS MATTER COMES before the Court on the stipulation of the parties requesting an Order setting a new trial date. Having considered the stipulation of the parties and all of the files and records herein,

THE COURT FINDS AS FOLLOWS:

1.       Failure to grant a continuance in this case will deny defense counsel the reasonable time necessary for effective preparation for trial and other pretrial proceedings, taking into account the exercise of due diligence; and

2.       The ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedier trial; and

ORDER CONTINUING TRIAL
No. CR 04-00549 JLR
Page 1 of 2

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

10528 00201 hg259902

3.     The failure to grant a continuance in the proceeding will likely result in a miscarriage of justice; all within the meaning of 18 USC § 3161 (h) (8) (A), (B)(i) and (B)(iv).

THE COURT THEREFORE ORDERS THAT:

1.     The trial shall be continued from August 22, 2005 to October 11, 2005.

2.     The Court further orders that all pretrial motions shall be filed on or before September 9, 2005.

3.     The period of time from the current trial date until the new trial date encompassed by the continuance shall be excluded from the computation of time under the Speedy Trial Act.

4.     Each defendant shall promptly file a speedy trial waiver encompassing the excluded time period.

DATED this 2nd day of August, 2005.

_____

JAMES L. ROBART
United States District Judge

ORDER CONTINUING TRIAL
No. CR 04-00549 JLR
Page 2 of 2

10528 00201 hg259902

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501