The Honorable James L. Robart

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   UNITED STATES OF AMERICA,

11              Plaintiff,

12        v.

13   LONG VAN NGUYEN, *et al.*
     MAJOR SINGH DHANOA, and
14   RASHPAL SINGH SANDHU.

15

16              Defendants.

CR 04-549 JLR

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE

17

18

**O R D E R**

19          THIS MATTER COMES before the Court on the stipulation of the parties requesting

20   an Order setting a new trial date.  Having considered the stipulation of the parties and all of

21   the files and records herein,

22          THE COURT FINDS AS FOLLOWS:

23          1.      Failure to grant a continuance in this case will deny defense counsel the

24   reasonable time necessary for effective preparation for trial and other pretrial proceedings,

25   taking into account the exercise of due diligence; and

26          2.      The ends of justice served by granting this continuance outweigh the best

interest of the public and the defendants in a speedier trial; and

ORDER CONTINUING TRIAL
No. CR 04-00549 JLR
Page 1 of 2

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

10528 00201 hj209904

3.      The failure to grant a continuance in the proceeding will likely result in a miscarriage of justice; all within the meaning of 18 USC § 3161 (h) (8) (A), (B)(i) and (B)(iv).

THE COURT THEREFORE ORDERS THAT:

1.      The trial shall be continued from October 11, 2005 to December 6, 2005.

2.      The Court further orders that all pretrial motions shall be filed on or before November 10, 2005.

3.      The period of time from the current trial date until the new trial date encompassed by the continuance shall be excluded from the computation of time under the Speedy Trial Act.

4.      Each defendant shall promptly file a speedy trial waiver encompassing the excluded time period.

DATED this 27th day of September 2005.


JAMES L. ROBART
United States District Judge

ORDER CONTINUING TRIAL
No. CR 04-00549 JLR
Page 2 of 2

10528 00201 hi209904