The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 04-00549 JLR |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE |
| MAJOR SINGH DHANOA, | |
| Defendant. | |

THIS COURT, having considered the written joint motion of the United States and defendant Major Singh Dhanoa to continue the trial date, and in view of the fugitive status of co-defendant Rashpal Singh Sandhu; therefore, adopts the reasons stated in the joint motion and FINDS:

1. Defendant Dhanoa, who remains out of custody, on bond, waives his speedy trial rights and joins in the motion to continue the trial date;

2. This Court authorized foreign depositions to be conducted of voluntary defense witnesses in Toronto, Canada, and the government needs additional time to obtain the approval of Canadian officials to conduct the depositions;

3. As previously noted by this Court, this prosecution involves a lengthy investigation and voluminous discovery;

ORDER CONTINUING TRIAL DATE
Case No. 04-00549 JLR
Page 1 of 3

Skellenger Bender, PS
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

10528 203 id049901

4. A continuance of the trial date would allow the parties adequate time to conduct and complete the foreign depositions and prepare for trial;

5. The continuance is necessary to ensure effective representation and continuity of counsel;

6. The failure to grant a continuance of the trial date likely would result in a miscarriage of justice and the denial of Mr. Dhanoa's right to compulsory process of witnesses; and

7. The interests of the public and the defendant in a speedy trial in this case are outweighed by the ends of justice.

Accordingly, IT IS NOW, THEREFORE, ORDERED:

The Court grants the request by defendant Major Singh Dhanoa and the United States to continue the trial date.

The trial in this matter is continued to June 20, 2006 and the time between the previously set trial date and the new trial date is excluded pursuant to the provisions of Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(9) as to the defendant.

DATED this 10th day of April, 2006.

S/ James L. Robart
_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Peter Offenbecher
WSBA No. 11920
SKELLENGER BENDER, P.S.
1301 – 5th Avenue, #3401
Seattle, WA 98101-2605
Telephone: 206-623-6501
Fax: 206-447-1973
E-mail: poffenbecher@skellengerbender.com
Attorneys for Major Singh Dhanoa

ORDER CONTINUING TRIAL DATE
Case No. 04-00549 JLR
Page 2 of 3

Skellenger Bender, PS
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

10528 203 id049901

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON April 4, 2006, I electronically filed a Proposed Order Continuing Trial using the CM/ECF system with the Clerk of the Court and e-mailed a copy in Word format to RobartOrders@wawd.uscourts.gov.  According to the CM/ECF system the following persons are listed as receiving notification of such filing via the CM/ECF electronic notification system:

- Peter Offenbecher at poffenbecher@skellengerbender.com

- Jill Otake at jill.otake@usdoj.gov

- Ye-Ting Woo at Ye-Ting.Woo@usdoj.gov

DATED this 4th day of April, 2006.

> s/Deborah J. Ellenwood
> Deborah J. Ellenwood
> Paralegal
> Skellenger Bender, P.S.
> 1301 Fifth Avenue, Suite 3401
> Seattle, WA 98101
> (206) 623-6501
> (206) 447-1973 (fax)
> dellenwood@skellengerbender.com

ORDER CONTINUING TRIAL DATE
Case No. 04-00549 JLR
Page 3 of 3

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

10528 203 id049901